994 So.2d 360 (2008)
Leonardo GOMEZ and Gylmar Developments, Inc., Appellants,
v.
GIBRALTAR PRIVATE BANK & TRUST COMPANY, a federal savings bank, Appellee.
No. 3D08-664.
District Court of Appeal of Florida, Third District.
September 17, 2008.
Rehearing Denied November 3, 2008.
George M. Evans, Coral Gables,; Kathleen M. Savor, Hollywood, for appellants.
Friedman & Frost and Paul D. Friedman, Miami, for appellee.
Before WELLS, SHEPHERD, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See Puma Enters. Corp. v. Vitale, 566 So.2d 1343 (Fla. 3d DCA 1990).